IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT CONVERY, JR.,** : | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   22-cv-2346 |
| | : | |
| **TOM MCGINLEY, et al.,** | : | |
| Respondents. | : | |

### O R D E R

AND NOW, this 27th day of November, 2023, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
JOHN F. MURPHY,   J.